**Motion Granted in Part; Abatement Order filed March 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00924-CV
_____

## VINCENT ANTHONY MATASSA AND ADAM HENRY ROBISON, Appellants

### V.

## BRIGHTOIL PETROLEUM (USA), INC., Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2012-37056**

## ABATEMENT ORDER

The parties have filed a joint motion to postpone the briefing schedule. The motion is granted in part. The appeal is abated for 60 days.

The appeal will be reinstated on this court's active docket after sixty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the

abatement period for completion of mediation or to finalize a settlement.


PER CURIAM